# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00105-CR

**Jackie Lett, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### NO. 48548, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on November 10, 2020, is hereby withdrawn.

It is so ordered July 1, 2021.

Before Chief Justice Byrne, Justices Baker and Triana

Do Not Publish